```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILE
DOC #: _____
DATE FILED: 10/29/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PHILLIP SULLIVAN, JR.,

                                    *Plaintiff,*                      **18cv07344 (PAC)**
                                                                      **ORDER OF DISMISSAL**

          -against-

COACHUP, INC.,

                                    *Defendant,*
--------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

  The Court having been advised that the parties have reached a settlement, it is,

  ORDERED, that the above-entitled action be and hereby is dismissed, without prejudice

and costs to either party, subject to reopening should the settlement not be consummated within

thirty (30) days of the date hereof.  The Court will sign a Stipulation and Order of Settlement

upon receipt from either party.  In the event the parties require more than the 30 days to finalize

the settlement, either party shall submit a letter to the Court.  The Clerk of Court is directed to

terminate the pending motions, deadlines, conferences, and this case.


Dated:  New York, New York
   October 29, 2018

                                                  SO ORDERED

                                                  _____
                                                  PAUL A. CROTTY
                                                  United States District Judge